IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SANTOS CASTRO MOTA,

                Petitioner,

    v.

LESLIE LOVERIDGE,
THE DISTRICT ATTORNEY OF THE
COUNTY OF ROBERT MANZI, and
THE ATTORNEY GENERAL OF THE
STATE OF MICHELLE HENRY,

                Respondents.

CIVIL ACTION
NO. 23-1121

## ORDER

AND NOW, this 3rd day of January, 2023, upon careful and independent consideration of Santos Castro Mota's petition for writ of habeas corpus (ECF No. 2), and after review of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret, and no objections having been filed, it is hereby **ORDERED** that:

1.     The Report and Recommendation of Magistrate Judge Richard A. Lloret is **APPROVED** and **ADOPTED**;

2.     The petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**; and

3.     There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge

1